UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-14036-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JEREMY ISIAH WILSON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATIONS AS SET FORTH IN THE PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon a Report and Recommendation on Defendant's Admissions to Violation as Set Forth in the Petition Alleging Violations of Supervised Release.

**THE MATTER** was heard by Chief Magistrate Judge Frank J. Lynch Jr, on May 2, 2017. A Report and Recommendation was filed [ECF No. 110], recommending that this Court find that the Defendant has violated the conditions of his supervised release in respect to Violations Numbers 1, 2, 3 inclusive, as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 110] on Defendant's final hearing to the Violation as set forth in the Petition Alleging Violation of Supervised Release of Chief United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violations numbers 1, 2, 3 as set

forth in the Petition for Warrant or Summons for Offender Under Supervision. The Sentencing Hearing on Supervised Release Violation is set on **Monday, June 26, 2017 at 10:15 a.m. at 101 South U.S. Highway 1, Courtroom 4008, Ft. Pierce, Florida 34950.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 day of May, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Chief Hon. Magistrate Lynch Jr.
All Counsel Of Record
U.S. Probation Office